## 18377. TYRE *v.* THE STATE.

BROYLES, C. J. 1. Under the principle of the ruling in *Eidson* v. *State*, 21 *Ga. App.* 244, the alleged error in the charge of the court, complained of in ground 1 of the amendment to the motion for a new trial, does not require a new trial.

2. Under the facts of the case the failure of the court to instruct the jury upon the law of involuntary manslaughter was not error.

3. The verdict was amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Manslaughter; from Wayne superior court—Judge J. H. Thomas. July 2, 1927.

Application for certiorari was made to the Supreme Court.

*W. D. Turner, M. Price,* for plaintiff in error.

*W. B. Gibbs, solicitor-general, J. R. Thomas & Son,* contra.

Criminal Law, 16 C. J. p. 1149, n. 91.
Homicide, 30 C. J. p. 316, n. 68; p. 417, n. 88.